## Commonwealth ex rel. Zampitella, Appellant, *v.* Dolan.

Argued September 21, 1971. *Charles F. Mayer,* for appellant; *Peter A. DeLiberty,* for appellee.

Order affirmed.

## Diehl, Appellant, *v.* Gingrich.

Argued September 13, 1971. *John P. Campana,* with him *Campana and Campana,* for appellant; *John C. Youngman* and *H. Clay McCormick,* with them *Candor, Youngman, Gibson & Gault,* and *Furst, McCormick, Lynn, Reeder & Nichols,* for appellees.

Order affirmed.

## Gress, Appellant, *v.* Bahum.

Argued September 14, 1971. *John M. Metzger,* with him *Metzger and Mellinberg,* for appellant; *Jackson M. Sigmon,* with him *Sigmon, Briody, Littner & Ross,* for appellee.

Order affirmed.